■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PENDER, Appellant.—Judgment unanimously affirmed. Memorandum: By failing to object, defendant failed to preserve for appellate review his argument that he had a right to be present at the in-chambers charge conference *(see, People v Gallow,* 171 AD2d 1061).

We have examined defendant's remaining arguments on appeal and find them to be without merit. (Appeal from Judgment of Monroe County Court, Egan, J.—Robbery, 1st Degree.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.